IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF

v.   No. 2:06CR20006-001

VERNICE CHRISTIAN                  DEFENDANT

**O R D E R**

At the initial appearance conducted this date on the petition for supervised release violations, the defendant agreed to waive the issue of detention pending the final revocation hearing. Accordingly, the defendant is considered detained pending the hearing.

SO ORDERED this 10TH day of September, 2009.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE